UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                        Case No. 15-14724-RBR

Peter George Belmonte
Shamyoon Loleita Belmonte
    Debtor(s).                                         Chapter 13
_____/

## SECOND RENEWED MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, Peter George Belmonte and Shamyoon Loleita Belmonte, by and through their undersigned counsel and files this Second Renewed Motion to Modify Chapter 13 Plan, and as grounds states as follows:

1. On March 16, 2015 the instant case was filed.

2. On July 6, 2015 Debtors' First Amended Chapter 13 plan was confirmed.

3. In said plan the Debtors were paying the liquidation test to their unsecured creditors. Said distribution was less than 100% of all allowed claims.

4. Subsequently, the Debtor passed away in May 2017 and the Joint Debtor passed away in August 2018.

5. The Debtors had some life insurance policies that are to be paid out to their estates.

6. The Debtors' son, Andre P. Belmonte, wishes for the case to proceed in due course and has agreed to increase distributions to pay 100% of all allowed unsecured claims.

7. On November 28, 2018, the Trustee filed her Notice of Delinquency in Confirmed Ch. 13 Plan Payments

8.  The deadline for filing claims has now passed and Debtors wish to modify their plan to provide for said payment to all the allowed unsecured creditors.

9.  The previous Motion to Modify was denied on January 17, 2019 for want of providing the last payment. The Debtors' son has already provided and the Trustee has received the last payment which pays 100% of the allowed unsecured creditors.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtors' Fourth Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Robin R. Weiner, Trustee and U.S. Mail on February 1, 2019: to all parties on the service list.

Respectfully Submitted:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
By:*/s/ Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161